No. 84–6454. DIZZLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–6460. GUSTUS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6466. PETRINO *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 84–6468. DENISON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 84–6493. WILLIAMS *v.* GALDI. C. A. 2d Cir. Certiorari denied.